# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| JEFFREY WEISEN,<br><br>  Plaintiff,<br><br>v.<br><br>U.S. BANCORP D/B/A U.S. BANK<br><br>  Defendant. | Court File No.: 20-cv-2648 (PAM/TNL)<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED and agreed by and between Plaintiff and Plaintiff's undersigned Attorneys on the one hand, and Defendant, and Defendant's undersigned Attorney, on the other, that all claims in the above-captioned action are hereby dismissed with prejudice, and on the merits, without additional costs or attorney's fees to any party.

Dated: July 19, 2021

**THRONDSET MICHENFELDER, LLC**

By: /s/Patrick W. Michenfelder
Patrick W. Michenfelder (#024207X)
Chad A. Throndset (#0261191)
One Central Avenue West, Suite 101
St. Michael, MN 55376
Tel: (763) 515-611
Email: pat@throndsetlaw.com
Email: chad@throndsetlaw.com
*Attorneys for Plaintiff*

Dated: July 20, 2021

**LARSON KING, LLP**

By: /s/ David M. Wilk
Patrick O'Neill (#0399111)
David M. Wilk (#222860)
2800 Wells Fargo Place
30 East Seventh Street
St. Paul, MN 55101
Tel: (651) 312-6500
Email: phoneill@larsonking.com
Email: dwilk@larsonking.com