UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Jeffrey Weisen,                                         Civ. No. 20-2648 (PAM/TNL)

          Plaintiff,

v.                                                                        **ORDER**

U.S. Bancorp d/b/a U.S. Bank,

          Defendant.

---

This matter is before the Court on the parties' Stipulation of Dismissal. (Docket No. 19.) The parties seek a dismissal with prejudice.

Accordingly, **IT IS HEREBY ORDERED that** this matter is **DISMISSED with prejudice**, each party to bear its own costs and fees.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**


Dated: Tuesday, July 20, 2021

          *s/ Paul A. Magnuson*
          Paul A. Magnuson
          United States District Court Judge